UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Christopher Robles

Docket No. 05-681(JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 28 2005 ★
BROOKLYN OFFICE

CONSENT TO HAVE A PLEA TAKEN
BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
U. S. Attorney
by AUSA

_____
Defendant's Attorney

Dated: Brooklyn, New York
9/28/05

BEFORE:   s/Cheryl Pollak
_____
UNITED STATES MAGISTRATE JUDGE
CHERYL POLLAK