UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,           Sentence date 1/13/06
                                            At 2:00 pm
            Plaintiff,
                                    ORDER OF REFERRAL
      - against -
                                    CR-05-681    (JG)
CHRISTOPHER ROBLES

            Defendant.
-------------------------------------X

FILED
U.S. [DISTRICT COURT] E.D.N.Y.
★ SEPT 28 2005 ★
BROOKLYN OFFICE

Gleeson, J.

   The defendant, __Christopher Robles__, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge __Pollak__ to administer the allocution pursuant to F.R. Crim., P, Rule 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

   So as to facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate Judge to use the allocution drafted by the Court in taking a guilty plea.

                              SO ORDERED:

                              s/John Gleeson
Dated: Brooklyn, New York     JOHN GLEESON, U.S.D.J.
       September 20, 2005

CONSENTED TO:

DEFENDANT:          [signature]

ATTORNEY FOR DEFENDANT:   [signature]

                    Debra D. Newman AUSA

                              9/28/05

s/Cheryl Pollak